In the Matter of the Application of WILLIS C. DAGGETT et al., Appellants, to Lay Out a Highway in the TOWN OF SOUTHPORT, Respondent.

*Matter of Daggett*, 158 App. Div. 908, affirmed.

(Argued February 28, 1918; decided March 19, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered September 10, 1913, which affirmed an order of the Chemung County Court vacating the report of commissioners in a proceeding to lay out a highway on the following grounds: " That the highway laid out by the commissioners does not comply with the provisions of the Highway Law, requiring the laying out of a highway at least three rods in width, in that said highway is laid out for part of its distance over lands less than three rods in width and that said commissioners have no jurisdiction to lay out such highway nor has this court jurisdiction to confirm their action in so doing, and on the further ground that said highway as laid out is a *cul de sac* and leads up to and stops at the boundary line of the private lands of Frank Wood, and by so doing such highway can be of no public benefit or service to any property other than that of Frank Wood, without first passing such private lands."

*John F. Murtaugh* for appellants.

*Michael O'Connor* and *David N. Heller* for respondent.

Order affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, CARDOZO, POUND and ANDREWS, JJ.　Absent: HISCOCK, Ch. J.